

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA GARCIA and MATILDE CABRERA, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ACUSHNET COMPANY; and DOES 1 to 100, inclusive,<br><br>　　　　　Defendant. | Case No.: 3:21-cv-01581-BEN-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br><br><br>[ECF No. 43] |

　　　Before the Court is the parties' Joint Motion seeking dismissal of the above-captioned case *with prejudice*. ECF No. 43. This case has been stayed since September 2022 pending settlement of a parallel state court proceeding. ECF No. 25. Judgment has been entered in the parallel state action, and the parties now seek dismissal of the instant case in its entirety. *See* ECF No. 43 at 3–4. Finding good cause, the Court **GRANTS** the parties Joint Motion for Dismissal. This case is **DISMISSED** *with prejudice*.

　　　**IT IS SO ORDERED.**

　　　DATED:　April 2, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　　United States District Judge